IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

| | |
|---|---|
| Brenda M. Fletcher | Case No.: 1:11-bk-21424 |
| Debtor | Chapter 13 |
| Brenda M. Fletcher | |
| Plaintiff | Adversary Proceeding No.: |
| vs. | 19-ap-00218 |
| U.S. Bank, National Association, *et al.* | |
| Defendants | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff, Brenda M. Fletcher, moves to modify the Scheduling Order entered July 28, 2022 [Doc. 158] to extend the time for production of an expert witness report, depositions of expert witnesses, and the deposition of Defendants, stating:

1. The Scheduling Order sets a discovery deadline of July 29, 2022.

2. Plaintiff propounded requests for production on Defendants on February 22, 2021 and second requests for production together with interrogatories, requests for admission and request for statements on December 7, 2021.

3. In response to the requests for production and interrogatories, Defendants have produced several different partial loan history documents, none of which are in native format or reflect all transaction dates rather than "effective" dates. This deficiency is a subject of Plaintiff's Motion to Compel [Doc. 144] and Amended Motion to Compel [Doc. 145] scheduled for hearing on August 29, 2022.

4. Defendants have made a number of responses and supplemental responses to Plaintiff's requests, with the latest served on June 7, 2022. However, Plaintiff has not produced a complete transaction history in transaction date or native format.

5.  Plaintiff identified Bernard Jay Patterson, CFE as her expert witness on May 3, 2022 in a Supplemental Response to Interrogatories, attached as Exhibit A. The Supplemental Response included Mr. Patterson's curriculum vitae and case and publication history.

6.  Mr. Patterson is performing a mortgage loan reconstruction of Ms. Fletcher's mortgage account. Due to the deficiencies in Defendants' production, he is required to reverse-engineer the data produced in a tedious and time-consuming process. *See* Declaration of Bernard Jay Patterson, attached as Exhibit B.

7.  Due to the deficiencies in Defendants' production, Mr. Patterson has been unable to finalize his expert report and opinion as of the date hereof. He has, however, attached his analysis to date to the attached affidavit, and has provided other analysis of Ms. Fletcher's account in his Declaration dated July 25, 2022, attached as Exhibit C.

8.  Plaintiff anticipates that Mr. Patterson will complete his report no later than September 2, 2022, and will be available for deposition at Defendants' request.

9.  Plaintiff has not conducted the deposition of Defendants prior to a ruling on her Motion to Compel. A deposition based on incomplete production would not be an efficient use of the parties resources.

10. Plaintiff requests that the scheduling order be modified to permit production of Mr. Patterson's expert witness report through and including September 2, 2022, and the taking of depositions of Defendants and Mr. Patterson through and including September 12, 2022.

11. No party will be prejudiced by the modifications sought herein.

WHEREFORE, Plaintiff requests that the scheduling order be modified as requested herein.

/s/ Wendell Finner
Wendell Finner, Fed. Bar. No. 04379
Wendell Finner PC
PO Box 449
Oakland, MD 21550
(410) 929-2440
*himself@wendellfinner.com*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent electronically by the ECF system this 29th day of July, 2022, to Edward Chang, Esquire, attorney for Defendants.

/s Wendell Finner